ACCEPTED
04-15-00360-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 11:32:38 AM
KEITH HOTTLE
CLERK

NO. 04-15-00360-CV

* * *

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/09/15 11:32:38 AM
KEITH E. HOTTLE
Clerk

* * *

ANDY SANCHEZ,

Appellant

V.

JOHN H. MILLER, JR. CO., INC.,

Appellee

* * *

**MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

To The Honorable Justices Of The Court Of Appeals:

Appellee John H. Miller, Jr. Co., Inc. ("Miller") files this motion as follows:

1.      Miller's Brief is due July 28, 2015.

2.      Miller seeks an extension until 15 days after the reporters' records are filed.

3.      This appeal involves a May 16, 2015 hearing.  Appellant did not request preparation of the reporter's record as required by Texas Rule of Appellate

Procedure 34.6(b), so on June 25, 2015, Miller requested it. *See* Exhibit 1. To date, the reporter's record for the May 16, 2015 hearing has not been filed.

4.  In his brief filed on July 8, 2015, Appellant raises a "no evidence" issue relating to an evidentiary hearing that took place on June 24, 2015. Again, Appellant did not request that the reporter's record be prepared for that hearing, so Miller has now done so. *See* Exhibit 2.

5.  The reporters' records for the two hearings are necessary for the completion of Miller's brief and for the Court to fully consider this case.

6.  This is the first request for an extension of time regarding Miller's Brief.

**PRAYER**

Appellee John H. Miller, Jr. Co., Inc. requests that this motion be granted and that his Brief deadline be extended until 15 days after both reporter records are filed.

Respectfully submitted,

STEPHEN B. SCHULTE, P.C.
820 Main Street, Suite 100
Kerrville, Texas 78028
Telephone: (830) 258-4222
Facsimile: (830) 715-9292


/s/
Stephen B. Schulte
State Bar No. 17836500
Attorney for John H. Miller, Jr. Co., Inc.

## CERTIFICATE OF SERVICE

I certify that on July 9, 2015, a true copy of this Motion to Dismiss Appeal Under Rule 42.3 has been served on all counsel of record as follows:

Richard Ellison          Via E-Serve


                    /s/
                Stephen B. Schulte



# STEPHEN B. SCHULTE, P.C.
### ATTORNEY AT LAW

STEPHEN B. SCHULTE
SSCHULTE@KTC.COM

MAIN PLAZA ONE
820 MAIN STREET, SUITE 100
KERRVILLE, TEXAS 78028

(830) 258-4222
(830)715-9292 (F)

June 25, 2015

Ms. Paula Beaver
P.O. Box 233
Comfort, Texas 78013

> Re:  *Andy Sanchez v. Miller*
> Cause No. 04-15-00360-CV
> Fourth Court of Appeals

Dear Ms. Beaver:

Please prepare and file with the San Antonio Court of Appeals the Reporter's Record for the May 6, 2015 hearing in *John W. Miller, Jr., Co., Inc. v. Andy Sanchez,* Cause No. 14467B, in the 198th Judicial District Court of Kerr County, Texas. This request includes all exhibits.

Please let me know if there are any charges associated with this request. Thank you.

Sincerely,

COPY

Stephen B. Schulte

cc:  Court file
Richard Ellison

*EX 1*



# STEPHEN B. SCHULTE, P.C.
### ATTORNEY AT LAW

STEPHEN B. SCHULTE
SSCHULTE@KTC.COM

MAIN PLAZA ONE
820 MAIN STREET, SUITE 100
KERRVILLE, TEXAS 78028

(830) 258-4222
(830)715-9292 (F)

July 9, 2015

Ms. Paula Beaver
P.O. Box 233
Comfort, Texas 78013

Re:     *Andy Sanchez v. Miller*
        Cause No. 04-15-00360-CV
        Fourth Court of Appeals

Dear Ms. Beaver:

Please prepare and file with the San Antonio Court of Appeals the Reporter's Record for the June 24, 20145 hearing in *John W. Miller, Jr., Co., Inc. v. Andy Sanchez,* Cause No. 14467B, in the 198th Judicial District Court of Kerr County, Texas. This request includes all exhibits.

Please let me know if there are any charges associated with this request. Thank you.

Sincerely,

COPY

Stephen B. Schulte

cc:     Court file
        Richard Ellison

Ex 2